[362 N.C. 230 (2008)]

IN THE MATTER OF S.J.M.

No. 363A07

(Filed 7 March 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 184 N.C. App. 42, 645 S.E.2d 798 (2007), affirming an order entered 10 January 2006 by Judge George R. Murphy in District Court, Lee County. Heard in the Supreme Court 12 February 2008.

*Elizabeth Myrick Boone for appellee Guardian ad Litem and Beverly D. Basden for petitioner-appellee Lee County Department of Social Services.*

*Richard E. Jester for respondent-appellant mother.*

PER CURIAM.

AFFIRMED.